AO91 (Rev. 12/03)   Criminal Complaint                                                                                           AUSA

# UNITED STATES DISTRICT COURT

Southern District Of Texas McAllen Division

**UNITED STATES OF AMERICA**  
vs.

Alexis Antonio GUERRERO-Parra  
IAE A205 994 542  
Mexico 1994

**CRIMINAL COMPLAINT**

Case Number: 7:13-po-05449

I, the undersigned complainant state that the following is true and correct to the best of my knowledge and belief. On or about **August 18, 2013** in **Hidalgo** County, in the **Southern District Of Texas** defendant(s) did,

**Being then and there an alien, did, knowingly and unlawfully enter the United States at a place other than as designated by immigration officers;**

in violation of Title **8** United States Code, Section(s) **1325(a)(1)**

I further state that I am a(n) **Border Patrol Agent** and that this complaint is based on the following facts:

**Alexis Antonio GUERRERO-Parra was encountered by Border Patrol Agents near Hidalgo, Texas on August 18, 2013. When questioned as to his citizenship, defendant stated that he was a citizen and national of the United Mexican States, who had entered the United States illegally on August 18, 2013, by rafting across the Rio Grande River near the Hidalgo, Texas Port of Entry.**

**I DECLARE UNDER PENALTY OF PERJURY THAT THE STATEMENTS IN THIS COMPLAINT ARE TRUE AND CORRECT.**

Continued on the attached sheet and made a part of this complaint:  ☐ Yes   ☒ No

/S/  Gessler, Howard  Border Patrol Agent  
Signature of Complainant

Gessler, Howard    Border Patrol Agent  
Printed Name of Complainant

Sworn to before me and signed in my presence,

August 20, 2013                                                                at        McAllen, Texas  
Date                                                                                              City/State

Dorina Ramos              U.S. Magistrate Judge  
Name of Judge              Title of Judge                                    Signature of Judge